**STATE of Missouri, Respondent,**

v.

**Ronnie TUCKER, Appellant.**

**No. WD 36268.**

Missouri Court of Appeals,
Western District.

March 19, 1985.

David M. Strauss, Public Defender, Columbia, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and NUGENT and BERREY, JJ.

ORDER

PER CURIAM.

This is an appeal involving assessment of special prosecutor's fee for the trial of defendant. Appeal dismissed. Rule 30.25(b).